IN THE UNITED STATES COURT
FOR THE DISTRICT OF MARYLAND

DIANE HAMILTON BROOKS,          *

          Plaintiff,          *

vs.                             *     Civil Action No. JFM-00-CV-1971

ABACUS CORPORATION,             *

          Defendant.          *

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL

Plaintiff Diane Hamilton Brooks and Defendant Abacus Corporation, stipulate to the voluntary dismissal of the above action, with prejudice. Each party shall bear its own costs in this matter.

_____          _____
Patrick T. Williams, Esquire             Peter D. Guattery
1101 Saint Paul Street                   Whiteford, Taylor & Preston, L.L.P.
Suite 407                                Seven Saint Paul Street
Baltimore, Maryland 21202                Baltimore, Maryland 21202-1626
(410) 234-1307                           (410) 347-8700

Attorney for Plaintiff,                  Attorney for Defendant,
Diane Hamilton Brooks                    Abacus Security Corporation


Dated: August 17th, 2000.

1295913